**Michael E. ALLEN, Plaintiff—Appellant,**

v.

**A.A. LAMARQUE;  et al., Defendants—Appellees.**

No. 01–16133.

D.C. No. CV–01–00341–MMC.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 20, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

MEMORANDUM **

Michael E. Allen, a California state prisoner, appeals pro se the district court's judgment dismissing his action pursuant to 28 U.S.C. § 1915A for failure to state a claim. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and affirm, *see Frost v. Agnos,* 152 F.3d 1124, 1130 (9th Cir.1998); *Sanchez v. Vild,* 891 F.2d 240, 242 (9th Cir. 1989).

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.